IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMETRIUS PRITCHETT, #289034, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:17-CV-352-WKW [WO] |
| PHIL BRYANT, CLIFFORD WALKER, LYN HEAD, and PERRY G. DAVIS, ) ) ) ) | |
| Defendants. ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 17.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 17) is ADOPTED;

2. Plaintiff's action is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 28th day of November, 2017.

                            /s/ W. Keith Watkins
                    CHIEF UNITED STATES DISTRICT JUDGE